

# THE ATTORNEY GENERAL
## OF TEXAS

OPINION #  0-6775 _____ WAS NEVER ISSUED OR

WAS WITHDRAWN.